THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0217-JCC-8 |
| Plaintiff, | ORDER |
| v. | |
| STEVEN R. DEL VECCHIO, | |
| Defendant. | |

This matter comes before the Court on Defendant Steven R. Del Vecchio's unopposed motion to extend his self-surrender date to February 26, 2024 (Dkt. No. 717). For the reasons indicated in Defendant's motion (*Id.*), the motion is hereby GRANTED.

DATED this 13th day of December 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 1