THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN R. DEL VECCHIO,<br><br>　　　　　　Defendant. | CASE NO. CR20-0217-JCC-8<br><br>ORDER |

This matter comes before the Court on Defendant Steven R. Del Vecchio's unopposed motion to extend his self-surrender date from February 26, 2024, to May 7, 2024 (Dkt. No. 733). For the reasons indicated in Defendant's motion (*Id.*), the motion is hereby GRANTED.

DATED this 12th day of February 2024.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE