THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN R. DEL VECCHIO,<br><br>Defendant. | CASE NO. CR20-0217-JCC-8<br><br>ORDER |

This matter comes before the Court on Defendant Steven R. Del Vecchio's unopposed motion to extend his self-surrender date from May 7, 2024, to August 7, 2024 (Dkt. No. 756). For the reasons indicated in Defendant's motion (*Id.*), the motion is hereby GRANTED.

DATED this 22nd day of April 2024.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE