THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN R. DEL VECCHIO,<br><br>Defendant. | CASE NO. CR20-0217-JCC-8<br><br>ORDER |

This matter comes before the Court on Defendant Steven R. Del Vecchio's unopposed motion to extend his self-surrender date from August 7, 2024, to November 7, 2024 (Dkt. No. 764). For the reasons indicated in Defendant's motion, (*see id.*), the motion is hereby GRANTED.

DATED this 24th day of July 2024.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C20-0217-JCC-8
PAGE - 1