THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0217-JCC-8 |
| Plaintiff, | ORDER |
| v. | |
| STEVEN R. DEL VECCHIO, | |
| Defendant. | |

This matter comes before the Court on Defendant Steven R. Del Vecchio's unopposed motion to extend his self-surrender date from November 7, 2024, to January 31, 2025 (Dkt. No. 781). For the reasons indicated in Defendant's motion, (*see id.*), the motion is hereby GRANTED.

DATED this 22th day of October 2024.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C20-0217-JCC-8
PAGE - 1