THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN R. DEL VECCHIO,<br><br>　　　　Defendant. | CASE NO. CR20-0217-JCC-8<br><br>ORDER |

This matter comes before the Court on Defendant Steven R. Del Vecchio's eighth motion to extend his self-surrender date, which is unopposed (Dkt. No. 787). On January 25, 2023, the Court accepted Mr. Del Vecchio's guilty plea for Conspiracy to Distribute Controlled Substances. (Dkt. No. 544.) On July 6, 2023, the Court sentenced Mr. Del Vecchio to 108 months in custody and four years of supervised release but allowed him to self-surrender pending a surgery then-scheduled in August. (Dkt. No. 647.) Since then, Mr. Del Vecchio has requested seven extensions of his self-surrender date; the Court granted each. (*See generally* Dkt. Nos. 678, 699, 718, 734, 757, 765, 782.)

Mr. Del Vecchio now seeks an eighth extension. (Dkt. No. 787.) He notes that he previously underwent a successful right hip replacement surgery in December 2024 but still has a left hip replacement scheduled for some time in March of this year and will need roughly 8 to 12 weeks thereafter to recover before he can self-surrender. (*See id*. at 1–2.) As such, Mr. Del

1  Vecchio asks the Court to extend his self-surrender date from January 31, 2025, to April 30,
2  2025. (*Id*. at 2.) The Court is amenable to Mr. Del Vecchio's request for the reasons indicated.
3  However, this is the last time it will entertain a request to extend the self-surrender date.
4      The motion (Dkt. No. 787) is hereby GRANTED.
5      DATED this 17th day of January 2025.

                                                                                 John C. Coughenour
                                                                                 UNITED STATES DISTRICT JUDGE