THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN R. DEL VECCHIO,<br><br>　　　　　　Defendant. | CASE NO. CR20-0217-JCC-8<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Mr. Del Vecchio's expedited motion to extend his self-surrender date (Dkt. No. 790). Mr. Del Vecchio's current self-surrender date is April 30, 2025. (Dkt. No. 789 at 2.) Given the expedited nature of the request, the Government may file a response to this motion no later than 3:30 P.M. today. Moreover, the Government may submit its response via letter brief. No reply is permitted.

DATED this 29th day of April 2025.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
CR20-0217-JCC-8
PAGE - 1