THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0217-JCC-8 |
| Plaintiff, | ORDER |
| v. | |
| STEVEN R. DEL VECCHIO, | |
| Defendant. | |

This matter comes before the Court on Defendant Steven R. Del Vecchio's ninth motion to extend his self-surrender date (Dkt. No. 792). On January 25, 2023, the Court accepted Mr. Del Vecchio's guilty plea for Conspiracy to Distribute Controlled Substances. (Dkt. No. 544.) On July 6, 2023, the Court sentenced Mr. Del Vecchio to 108 months in custody and four years of supervised release but allowed him to self-surrender pending a surgery then-scheduled in August. (Dkt. No. 647.) Since then, Mr. Del Vecchio has requested eight extensions of his self-surrender date; the Court granted each. (*See generally* Dkt. Nos. 678, 699, 718, 734, 757, 765, 782, 789.) Of note, the Court granted Mr. Del Vecchio's previous request in January 2025 because, at the time, he was then-scheduled for a left hip replacement in March of this year and needed roughly 8 to 12 weeks thereafter to recover before his self-surrender. (*See* Dkt. No. 789 at 1.) Nevertheless, the Court admonished Mr. Del Vecchio that this was the last time it would entertain a request for an extension. (*Id*. at 2.)

ORDER
C20-0217-JCC-8
PAGE - 1

Mr. Del Vecchio now seeks a ninth extension. (*See generally* Dkt. No. 790.) He maintains that the extension is warranted because he only completed his hip replacement surgery yesterday and, as such, he still needs time to recover (as well as attend two post-operation appointments) before he can self-surrender. (*See id*. at 2–3.) The Government vehemently opposes. (*See generally* Dkt. No. 792.) It argues that Mr. Del Vecchio has had more than ample time to resolve his medical issues. (*Id*. at 3.) It further submits that Mr. Del Vecchio is "slated to report directly to a medical facility" and "there is no reason to believe that facility is ill-equipped to manage Mr. Del Vecchio's recovery." (*Id*.) And finally, to the extent Mr. Del Vecchio asserts that incarceration is incompatible with or would inflame his medical concerns, the Government contends that such arguments are better suited for a compassionate release motion. (*See id*. at 2, 3.) The Court agrees on all three fronts.

Accordingly, the Court DENIES Mr. Del Vecchio's ninth request for an extension of his self-surrender date (Dkt. No. 790). Mr. Del Vecchio's self-surrender date remains April 30, 2025.

DATED this 29th day of April 2025.

John C. Coughenour
UNITED STATES DISTRICT JUDGE